IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
| | |
|---|---|
| In re | : |
| Inspection of | : |
| | : NO. 21-mj-1854 |
| Lloyd Industries, Inc. | : |
| located at 231 Commerce Drive | : |
| Montgomeryville, Pennsylvania 18936 | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **ORDER**

AND NOW, this <u>24th</u> day of January, 2022, upon consent of the United States now that the Occupational Safety and Health Administration (OSHA) has executed the warrant for inspection, it is hereby **ORDERED** that this matter, the Application for Inspection Warrant, and all other filings and orders in this matter shall be unsealed. The Clerk of Court is directed to make the appropriate public docket entry and to make this matter and all filings public.

BY THE COURT:

s/ Richard A. Lloret
RICHARD A. LLORET
UNITED STATES MAGISTRATE JUDGE